# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIN KETABIAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:17-cv-01050-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 6] |

On August 23, 2017, the parties filed a joint motion to dismiss this action with prejudice. (Doc. No. 6.) The Court grants the motion and dismisses the case with prejudice. Each party will bear their respective costs, including any possible attorney fees or other expenses of litigation. In light of the parties' motion, the Court denies Defendant's pending motion to strike, (Doc. No. 3), as moot.

**IT IS SO ORDERED.**

DATED: August 28, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Marilyn L. Huff
　　　　　　　　　　　　　　　　　　　United States District Judge